UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE BARRY-DAVID POWELL,

    Defendant.
_____/

Case No. 1:20-cr-68

HON. JANET T. NEFF

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on October 14, 2020 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge (ECF No. 36) is approved and adopted as the opinion of the Court.

2.    Defendant's pleas of guilty are accepted and defendant is adjudicated guilty of the charges set forth in Counts One and Four[1] of the Indictment.

3.    The written plea agreement is hereby continued under advisement pending sentencing.

Dated: October 30, 2020

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge

---

[1] The Report and Recommendation inadvertently indicates that Count Four of the Indictment is in violation of 26 U.S.C. §§ 5961(d) and 5841. It should indicate that Count Four of the Indictment is in violation of 26 U.S.C. §§ 5861(d) and 5841.